(96 South. 642)

### Ex parte CONN. (8 Div. 571.)

(Supreme Court of Alabama. May 10, 1923.)

Certiorari to Court of Appeals.

Petition of Oscar Conn for certiorari to the Court of Appeals to review and revise its judgment and decision, affirming his conviction of manslaughter. 96 South. 640. Writ denied.

John A. Lusk & Son, of Guntersville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Writ denied.